UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff/Respondent,         CRIM. CASE NO. 07-cv-20099

v.                                     PAUL D. BORMAN
                                      UNITED STATES DISTRICT JUDGE

IMAD SALEH AL-SHOUHATI,

      Defendant/Movant.
_____/

**ORDER**
**ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**
**OF APRIL 2, 2014 (Dkt. #236):**

      (1) DENYING Defendant's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside or Correct His Sentence (Dkt. #217);

      (2) DENYING Defendant's Motion for Leave to Conduct Discovery (Dkt. #216);

      (3) DENYING Defendant's Motion for Judgment on the Pleadings (Dkt. #222);

      (2) DENYING Defendant a Certificate of Appealability.

SO ORDERED.

                                      s/Paul D. Borman
                                      PAUL D. BORMAN
                                      UNITED STATES DISTRICT JUDGE

Dated: July 9, 2014

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on July 9, 2014.

                                      s/Deborah Tofil
                                      Case Manager